Esther W. Knorr, appellee, v. Great Atlantic and Pacific Tea Company and Owen W. Cook, appellants. Gen. No. 39,714.

 Heard in the second division of this court for the first district at the October term, 1937. Opinion filed November 17, 1938.

Ashcraft & Ashcraft, for appellants; Russell F. Locke, of counsel. Francis J. Gariepy and Charles E. Mallon, for appellee.

Mr. Justice Burke delivered the opinion of the court.

---

Stanley Bafia, administrator of estate of Mary Tarnowski, deceased, appellee, v. Prudential Insurance Company of America, appellant. Gen. No. 39,734.

 Heard in the second division of this court for the first district at the October term, 1937. Opinion filed November 17, 1938.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. J. Kentner Elliott, for appellee.

Mr. Justice Burke delivered the opinion of the court.

---

Edward Gaffney, appellant, v. Independent Order of Foresters, appellee. Gen. No. 40,228.

 Heard in the second division of this court for the first district at the June term, 1938. Opinion filed November 17, 1938.

S. R. Pulaski, for appellant; Patrick A. Barton, of counsel. Edgar A. Jonas and Frederick C. Jonas, for appellee; J. J. Cooke, of counsel.

Mr. Justice Burke delivered the opinion of the court.